The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IRON PARTNERS, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>MARITIME ASSOCIATION, DEPARTMENT OF TRANSPORTATION; KAISER VENTURES, LLC; KSC RECOVERY, INC.; KAISER STEEL CORPORATION; and KAISER COMPANY, INC.,<br><br>        Defendants. | Civil Action No.: C08-5217RBL<br><br>ORDER MODIFYING CASE SCHEDULE |

Having reviewed the Parties' Joint Motion to Further Modify Case Schedule, the Court hereby vacates the deadlines set in its June 6, 2008 Order.  Given that Defendant Maritime Administration shall file and serve its Motion for Partial Dismissal of Plaintiff's Claims no later than July 16, 2008, the Court extends the deadlines set by the June 6, Order to the stated number of days after the Court's ruling on Defendant Maritime Administration's Motion for Partial Dismissal of Plaintiff's Claims:

| | |
|---|---|
| Maritime Administration' Responsive Pleading: | 10 days after Court's ruling, per Fed. R. Civ. P. 12(a)(4)(A) |
| Kaiser's Fed. R. Civ. P. 12 Responsive Pleading or Motion: | 10 days after Court's ruling |
| Fed. R. Civ. P. 26(f) Conference: | 35 days after Court's ruling |

[Proposed] ORDER - 1

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098

Case 3:08-cv-05217-RBL   Document 20   Filed 07/21/08   Page 2 of 2

Initial Disclosures: 45 days after Court's ruling

Joint Status Report: 50 days after Court's ruling[1]

DATED this 21st day of July, 2008.

*/s/ Ronald B. Leighton/*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

HELLER EHRMAN LLP

**/s/ Svend A. Brandt-Erichsen**
Svend Brandt-Erichsen, WSB #23923
Leonard Feldman, WSB #20961
Attorneys for Defendants
KAISER VENTURES, LLC
KSC RECOVERY, INC.
KAISER STEEL CORPORATION

7/21/08 9:33 AM ()

---

[1] All dates to be computed according to Fed. R. Civ. P. 6(a).

[Proposed] ORDER - 2

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098