**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| IRON PARTNERS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MARITIME ADMINISTRATION, UNITED STATES DEPARTMENT OF TRANSPORTATION; KAISER VENTURES, LLC; KSC RECOVERY INC.; KAISER STEEL CORPORATION; AND KAISER COMPANY, INC.,<br><br>    Defendants. | Case No. C08-5217 RBL<br><br>**STIPULATED MOTION FOR ORDER DISMISSING STATE-LAW CLAIMS AGAINST UNITED STATES**<br><br>NOTE ON MOTION CALENDAR:<br>September 30, 2008 |

Case No. C08-5217 RBL,
Stipulated Motion for Order Dismissing
State-Law Claims Against the United States

U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026
Sean E. Martin
(202) 305-2492

Defendant Maritime Administration, United States Department of Transportation ("United States"), and Plaintiff Iron Partners, LLC ("Iron Partners") respectfully request that this Court enter an order pursuant to the following stipulations:

1. On July 16, 2008, the United States filed a motion seeking partial dismissal of the environmental claims asserted against it by Iron Partners.

2. As part of that motion, the United States sought to dismiss Iron Partners' third and fourth claims for relief, which asserted state law claims under the Model Toxics Control Act ("MTCA").

3. The United States' motion argued that the MTCA claims must be dismissed for lack of subject matter jurisdiction because the United States has not waived its sovereign immunity for such claims, where, as in this case, the United States is alleged to be a former owner or operator of a facility.

4. Iron Partners concedes that the MTCA claims against the United States must be dismissed for lack of subject matter jurisdiction.

Therefore, the United States and Iron Partners respectfully request that this Court dismiss with prejudice Iron Partners' third and fourth claims for relief against the United States.

Dated this 1st day of October.

IT IS SO ORDERED.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Case No. C08-5217 RBL,
Stipulated Motion for Order Dismissing
State-Law Claims Against the United States

U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026
Sean E. Martin
(202) 305-2492

- 2 -

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney
Western District of Washington

HAROLD MALKIN (WA Bar No. 30986)
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ Sean E. Martin
SEAN E. MARTIN (OR Bar No. 054338)
MARY ANNE ZIVNUSKA (MO Bar. No 56701)
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
Telephone: (202) 305-2492 (Martin)
　　　　　　(202) 514-0242 (Zivnuska)
Fax: (202) 514-8865
Email: sean.martin@usdoj.gov
　　　　 mary.anne.zivnuska@usdoj.gov

Attorneys for Maritime Administration, United States Department of Transportation

/s/ Jack D. Hoffman
JACK D. HOFFMAN (OR Bar No. 761732
Dunn Carney Allen Higgins & Tongue
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
Telephone: (503) 224-6440
Email: jdh@dunn-carney.com

Attorney for Iron Partners, LLC

Case No. C08-5217 RBL,
Stipulated Motion for Order Dismissing
State-Law Claims Against the United States

U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026
Sean E. Martin
(202) 305-2492