UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **IRON PARTNERS, LLC**, an Oregon limited liability company, | No. C08-5217 RBL |
| Plaintiff, | |
| v. | ORDER MODIFYING TRIAL DATE AND CASE SCHEDULE |
| **MARITIME ADMINISTRATION, UNITED STATES DEPARTMENT OF TRANSPORTATION; KAISER VENTURES, LLC; KSC RECOVERY, INC.; KAISER STEEL CORPORATION; AND KAISER COMPANY, INC.** | |
| Defendants. | |
| **KAISER VENTURES, LLC; KSC RECOVERY, INC.; KAISER STEEL CORPORATION; and KAISER COMPANY, INC.,** | |
| Third-Party Plaintiffs, | |
| v. | |
| **EVRAZ OREGON STEEL MILLS, INC.,** | |
| Third-Party Defendant. | |

/ / /

/ / /

ORDER MODIFYING TRIAL DATE AND CASE SCHEDULE – 1
(CV08-5217 RBL)

**ORDER**

This matter came before the Court on the Parties' Agreed Motion to Modify Trial Date and Case Schedule. Having considered the Parties' Motion and the papers filed herein, it is hereby:

ORDERED that the Parties' Agreed Motion to Modify Trial Date and Case Schedule is GRANTED. The trial date and case schedule dates set forth in the Court's August 25, 2009 Revised Minute Order (Docket #62) are extended 120 days. The trial date and unexpired deadlines set forth in that Minute Order are vacated, and the Clerk is directed to issue a new Minute Order setting forth the new trial date and remaining case schedule.

ORDERED that Third-Party Defendant Evraz Oregon Steel Mills shall have until February 12, 2010 to file a responsive pleading to, and/or motion under the Federal Rules of Civil Procedure regarding the Amended Answer and Third-Party Complaint filed by Defendants and Third-Party Plaintiffs, Kaiser Ventures, LLC, KSC Recovery, Inc., Kaiser Steel Corporation, and Kaiser Company, Inc.

IT IS SO ORDERED this 8th day of January, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Proposed Order submitted by and entry requested by:

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

*/s/Jack D. Hoffman*
Jack D. Hoffman, OSB No. 761732
PRO HAC VICE
851 S.W. Sixth Avenue, Suite 1500
Portland, OR 97204
Telephone: (503) 224-6440
Facsimile: (503) 224-7324
E-mail: jhoffman@dunncarney.com
Attorneys for Plaintiff, Iron Partners LLC

ORDER MODIFYING TRIAL DATE AND CASE SCHEDULE – 2
(CV08-5217 RBL)