UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IRON PARTNERS LLC, an Oregon limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>MARITIME ADMINISTRATION, DEPARTMENT OF TRANSPORTATION; KAISER VENTURES, LLC; KSC RECOVERY, INC.; KAISER STEEL CORPORATION; and KAISER COMPANY, INC.,<br><br>        Defendants.<br><br>KAISER VENTURES, LLC; KSC RECOVERY, INC.; KAISER STEEL CORPORATION; and KAISER COMPANY, INC.,<br><br>        Third-Party Plaintiffs,<br><br>    v.<br><br>EVRAZ OREGON STEEL MILLS, INC.,<br><br>        Third-Party Defendant. | No. C08-5217 RBL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**- 1

1   THIS MATTER came before the Court on the Motion of Kenneth M. Odza and Aric H. Jarrett to withdraw as counsel of record for Third-Party Defendant, Evraz Oregon Steel Mills ("**Evraz**") pursuant to General Rule ("**GR**") 4 for the Western District of Washington.  The Court has reviewed that motion to withdraw, the certification filed in support thereof, and any opposition and/or reply papers.  Being otherwise fully advised in the premises,

IT IS HEREBY ORDERED:

1.   Leave of this Court and the Motion of Kenneth M. Odza and Aric H. Jarrett to withdraw as counsel of record for Evraz Oregon Steel Mills are hereby GRANTED.

2.   Mr. Odza and Mr. Jarrett are hereby withdrawn as counsel of record on behalf of Evraz in this matter.

3.   This order shall be effective on the date set forth below.

IT IS SO ORDERED this 10th day of September, 2010,

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

STOEL RIVES LLP

*/s/ Aric H. Jarrett*_____
Kenneth M. Odza, WSBA No. 28240
kmodza@stoel.com
Aric H. Jarrett, WSBA No. 39556
ahjarrett@stoel.com
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Fax:  (206) 386-7500

Attorneys for Third-Party Defendant Evraz Oregon Steel Mills, Inc.

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**- 2