1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IRON PARTNERS LLC, an Oregon limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARITIME ADMINISTRATION, DEPARTMENT OF TRANSPORTATION; KAISER VENTURES, LLC; KSC RECOVERY, INC.; KAISER STEEL CORPORATION; and KAISER COMPANY, INC.,<br><br>　　　　　　　　Defendant.<br><br>KAISER VENTURES, LLC; KSC RECOVERY, INC.; and KAISER COMPANY, INC.,<br><br>　　　　　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>EVRAZ OREGON STEEL MILLS, INC.,<br><br>　　　　　　　　Third-Party Defendant. | CASE NO.  08-cv-05217 RBL<br><br>ORDER RE: SETTLEMENT CONFERENCE-October 18, 2012 |

　　　This matter has been referred to the Honorable J. Richard Creatura for purposes of conducting a settlement conference on the third-party claims.  The settlement conference is noted for **Thursday, October 18, 2012**, commencing at **9:00 a.m.** in Courtroom D.

ORDER - 1

The parties are ORDERED to submit to this Court's chambers, but not file, a settlement memo no later than 4:30 p.m., **Monday, October 15, 2012.** The settlement memo shall be no longer than ten (10) pages, double-spaced. The parties are allowed to submit attachments to the memo, but are encouraged to only include those attachments critical to the explanation provided in the memo. The memos are to be exchanged between the parties and, at a minimum, include: (1) the last demand and offer exchanged between the parties; (2) the status of any outstanding discovery issues; (3) the status of any outstanding motions. These materials may be emailed to Sandy_huntington@wawd.uscourts.gov or delivered to the Clerk's Office, U.S. Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402.

Parties are instructed to bring a person with authority to settle the case on the date of the scheduled settlement conference.

Dated this 5th day of October, 2012.

J. Richard Creatura
United States Magistrate Judge