The Honorable Ronald B. Leighton

1  **Jack D. Hoffman, OSB No. 761732**
   E-Mail: jhoffman@dunncarney.com
2  **Elizabeth E. Howard, WSBA No. 43398**
   E-Mail: ehoward@dunncarney.com
3  **Kate L. Moore, OSB No. 043342**
   E-Mail: kmoore@dunncarney.com
4  Dunn Carney Allen Higgins & Tongue LLP
   851 SW Sixth Avenue, Suite 1500
5  Portland, OR 97204
   Telephone: (503) 224-6440
6  Facsimile: (503) 224-7324

7       Attorneys for Plaintiff

8  **Eric D. Lansverk, WSBA No. 17218**
   E-Mail: edl@hcmp.com
9  Hills Clark Martin & Peterson
   1221 2nd Avenue, Suite 500
10 Seattle, WA 98101-2989
   Telephone: (206) 623-1745
11 Facsimile: (206) 623-7789

12      Attorneys for Plaintiff

13 **Kent E. Hanson**
   E-Mail: kent.hanson@usdoj.gov
14 **Austin D. Saylor**
   E-Mail: austin.saylor@usdoj.gov
15 **Davis S. Fishback**
   E-Mail: david.fishback@usdoj.gov
16 United States Department of Justice
   P.O. Box 23986
17 Washington, DC 20044
   Telephone: 202.514.1880
18
        Attorneys for Defendant Maritime Administration and United States Department
19      of Transportation

20 **Svend A. Brandt-Erichsen, WSBA No. 23923**
   E-Mail: svendbe@martenlaw.com
21 **Steven G. Jones, WSBA No. 19334**
   E-Mail: sjones@martenlaw.com
22 Marten Law Group PLLC
   1191 Second Avenue, Suite 2200
23 Seattle, WA 98101-3421
   Telephone: 206.292.2600
24 Facsimile: 206.292.2601

25      Attorneys for Defendants Kaiser Ventures LLC, KSC Recovery, Inc., Kaiser Steel
        Corporation, and Kaiser Company Inc.

26 /////

Page 1   **STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**
DCAPDX_914208_v1
IR03-2

1  **Howard F. Jensen, WSBA No. 25144**
   E-Mail: howard@verislawgroup.com
2  **Alison Jones Robinson, WSBA No. 37957**
   E-Mail: alison@verislawgroup.com
3  **Joshua C. Bower, WSBA No. 25092**
   E-Mail: josh@verislawgroup.com
4  Veris Law Group PLLC
   1809 Seventh Avenue, Suite 1400
5  Seattle, WA 98101
   Telephone: 206-829-8429
6  Facsimile: 206-829-8233

7  Attorneys for Defendants Evraz Oregon Steel Mills, Inc.

8              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
9                       AT TACOMA

10 IRON PARTNERS, LLC, an Oregon limited
   liability company,                              No. C08-5217 RBL
11
                  Plaintiff,                       **STIPULATED DISMISSAL**
12      v.                                         **WITH PREJUDICE AND**
                                                   **WITHOUT COSTS**
13 MARITIME ADMINISTRATION, UNITED
   STATES DEPARTMENT OF
14 TRANSPORTATION; KAISER VENTURES,
   LLC; KSC RECOVERY, INC.; KAISER
15 STEEL CORPORATION; and KAISER
   COMPANY, INC.,
16
                  Defendants.
17      v.

18 KAISER VENTURES LLC; KSC
   RECOVERY, INC.; KAISER STEEL
19 CORPORATION; and KAISER COMPANY,
   INC.,
20
                  Third-Party Plaintiffs,
21      v.

22 EVRAZ OREGON STEEL MILLS, INC.,

23                Third-Party Defendant.

24      Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, by and through their counsel, hereby

25 stipulate that all claims shall be dismissed with prejudice and without attorney fees, costs or

26 disbursements to any party.

Page 2  **STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**
        DCAPDX_914208_v1
        IRO3-2

IT IS SO STIPULATED:

| | |
|---|---|
| DUNN CARNEY ALLEN HIGGINS & TONGUE, LLP | UNITED STATES DEPARTMENT OF JUSTICE |
| *[signed]* Jack D. Hoffman<br>Jack D. Hoffman, OSB No. 761732<br>jhoffman@dunncarney.com<br>Elizabeth F. Howard, WSBA No. 43398<br>ehoward@dunncarney.com<br>Kate L. Moore, OSB No. 043342<br>kmoore@dunncarney.com | Kent E. Hanson<br>kent.hanson@usdoj.gov<br>Austin D. Saylor<br>austin.saylor@usdoj.gov<br>Davis S. Fishback<br>david.fishback@usdoj.gov |
| Attorneys for Plaintiff<br>DATED: March 18, 2013 | Attorneys for Defendant Maritime Administration and United States Department of Transportation<br>DATED: _____, 2013 |
| MARTEN LAW GROUP PLLC | VERIS LAW GROUP PLLC |
| Svend A. Brandt-Erichsen, WSBA No. 23923<br>svendbe@martenlaw.com<br>Steven G. Jones, WSBA No. 19334<br>sjones@martenlaw.com | Howard F. Jensen, WSBA No. 25144<br>E-Mail: howard@verislawgroup.com<br>Alison Jones Robinson, WSBA No. 37957<br>E-Mail: alison@verislawgroup.com<br>Joshua C. Bower, WSBA No. 25092<br>E-Mail: josh@verislawgroup.com |
| Attorneys for Defendants Kaiser Ventures LLC, KSC Recovery, Inc., Kaiser Steel Corporation, and Kaiser Company Inc.<br>DATED: _____, 2013 | Attorneys for Defendants Evraz Oregon Steel Mills, Inc.<br>DATED: _____, 2013 |

IT IS SO STIPULATED:

| | |
|---|---|
| DUNN CARNEY ALLEN HIGGINS & TONGUE, LLP | UNITED STATES DEPARTMENT OF JUSTICE |

_____
Kent E. Hanson
kent.hanson@usdoj.gov
Austin D. Saylor
austin.saylor@usdoj.gov
Davis S. Fishback
david.fishback@usdoj.gov

Jack D. Hoffman, OSB No. 761732
jhoffman@dunncarney.com
Elizabeth F. Howard, WSBA No. 43398
ehoward@dunncarney.com
Kate L. Moore, OSB No. 043342
kmoore@dunncarney.com

Attorneys for Plaintiff

DATED: _____, 2013

Attorneys for Defendant Maritime Administration and United States Department of Transportation

DATED: March 13, 2013

MARTEN LAW GROUP PLLC

_____
Svend A. Brandt-Erichsen, WSBA No. 23923
svendbe@martenlaw.com
Steven G. Jones, WSBA No. 19334
sjones@martenlaw.com

Attorneys for Defendants Kaiser Ventures LLC, KSC Recovery, Inc., Kaiser Steel Corporation, and Kaiser Company Inc.

DATED: March 13, 2013

VERIS LAW GROUP PLLC

Howard F. Jensen, WSBA No. 25144
E-Mail: howard@verislawgroup.com
Alison Jones Robinson, WSBA No. 37957
E-Mail: alison@verislawgroup.com
Joshua C. Bower, WSBA No. 25092
E-Mail: josh@verislawgroup.com

Attorneys for Defendants Evraz Oregon Steel Mills, Inc.

DATED: _____, 2013

IT IS SO STIPULATED:

DUNN CARNEY ALLEN HIGGINS & TONGUE, LLP

Jack D. Hoffman, OSB No. 761732
jhoffman@dunncarney.com
Elizabeth F. Howard, WSBA No. 43398
ehoward@dunncarney.com
Kate L. Moore, OSB No. 043342
kmoore@dunncarney.com

Attorneys for Plaintiff

DATED: _____, 2013

UNITED STATES DEPARTMENT OF JUSTICE

Kent E. Hanson
kent.hanson@usdoj.gov
Austin D. Saylor
austin.saylor@usdoj.gov
Davis S. Fishback
david.fishback@usdoj.gov

Attorneys for Defendant Maritime Administration and United States Department of Transportation

DATED: _____, 2013

MARTEN LAW GROUP PLLC

Svend A. Brandt-Erichsen, WSBA No. 23923
svendbe@martenlaw.com
Steven G. Jones, WSBA No. 19334
sjones@martenlaw.com

Attorneys for Defendants Kaiser Ventures LLC, KSC Recovery, Inc., Kaiser Steel Corporation, and Kaiser Company Inc.

DATED: _____, 2013

VERIS LAW GROUP PLLC

*/s/ Howard F. Jensen/*

Howard F. Jensen, WSBA No. 25144
E-Mail: howard@verislawgroup.com
Alison Jones Robinson, WSBA No. 37957
E-Mail: alison@verislawgroup.com
Joshua C. Bower, WSBA No. 25092
E-Mail: josh@verislawgroup.com

Attorneys for Defendants Evraz Oregon Steel Mills, Inc.

DATED: March 14, 2013